# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Jeffrey Lemare Nash,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:11-cv-522

Fedex Freight East, Inc,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2012 Order.

Signed: September 11, 2012

Frank G. Johns, Clerk
United States District Court